# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1655

County of Monmouth, et al v. Rite Aid Corp, et al

(E.D. Pa. No.: 2-20-cv-02024)

**ORDER**

Appellants status report, filed September 23, 2024, is also construes as a request for voluntary dismissal of the appeal. That requested is granted and the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 22, 2024
CJG/cc:　　Carey Alexander, Esq.
　　　　　　Joseph H. Bias, Esq.
　　　　　　Erin G. Comite, Esq.
　　　　　　Franco A. Corrado, Esq.
　　　　　　Joseph P. Guglielmo, Esq.
　　　　　　Andrew S. Love, Esq.
　　　　　　David W. Mitchell, Esq.
　　　　　　Amanda M. Rolon, Esq.
　　　　　　Charles E. Schaffer, Esq.
　　　　　　Stephanie B. Schuster, Esq.
　　　　　　Arthur L. Shingler III, Esq.
　　　　　　Mr. George V. Wylesol

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate